Jonathan A. Dessaules, State Bar No. 019439
Michael R. Perry, State Bar No. 007478
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
602.274.5400 tel.
602.274.5401 fax
jdessaules@dessauleslaw.com
mperry@dessauleslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Linda Sanchez and Juan Quezada, individually and d/b/a Dos Gordos Grill; and Dos Gordos, LLC, an unknown business entity d/b/a Dos Gordos Grill,<br><br>Defendants. | No. 2:20-cv-00576-SMB<br><br>**ORDER REVOKING PRO HAC VICE STATUS** |

IN CONSIDERATION OF the Defendants' Motion to Revoke Pro Hac Vice Status (the "Motion"), and good cause having been shown,

IT IS ORDERED that the Motion is hereby granted;

IT IS FURTHER ORDERED that Thomas P. Riley's Pro Hac Vice status is hereby revoked.

DATED this ___ day of _____, 2020.

                                                                  _____
                                                                  Honorable Susan M. Brnovich
                                                                  United States District Judge